

April 28, 2025

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
*   APRIL 28, 2025   *
BROOKLYN OFFICE

25-CR-144

Judge LaShann DeArcy Hall

**MEMORANDUM**
**TO BRENNA MAHONEY**
**CLERK OF THE COURT**
**U.S. DISTRICT COURT**

Re: RIGGINS, Jeffrey
DKT.#: 06CR700
(Eastern District of Pennsylvania)
<u>REQUEST FOR JUDICIAL ASSIGNMENT</u>

Reference is made to Jeffrey Riggins, who was resentenced by the Honorable Juan R. Sanchez, Chief U.S. District Judge for the Eastern District of Pennsylvania, on April 22, 2021, to 240 months on each of Counts 1 through 25 and a term of 120 months on Count 26, all such terms to be served concurrently to produce a total term of 240 months of imprisonment followed by six (6) years' supervised release with the following special conditions: 1) Drug testing; 2) Full financial disclosure; and 3) No new credit lines. A $2,600.00 special assessment fee was imposed. This sentence followed Mr. Riggins being found guilty of Counts One through 12, and 14 through 25: Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(b)(1)(C), Class B felonies; Count 13: Possession with Intent to Distribute Five Grams or More of Cocaine Base, 21 U.S.C. § 841(b)(1)(B), a Class A felony; and Count 26: Felon in Possession of a Firearm, 18 U.S.C. § 922)(g)(1), a Class C felony.

Riggins' supervision commenced in the Eastern District of New York (EDNY) on August 14, 2024, due to his residence therein.

Due to Riggins' ties with the EDNY, on April 9, 2025, Judge Sanchez signed an order initiating a transfer of jurisdiction to the EDNY. As per 18 U.S.C. § 3605, our office is requesting transfer of jurisdiction, and we respectfully request that the Eastern District of Pennsylvania case (06CR700) be docketed in EDNY and assigned to U.S. District Judge LaShann DeArcy Hall as he has been selected to participate in her Reentry Assistance and Initiatives Supporting Everyone (RAISE) Court. Attached, please find a copy of Probation Form 22, Transfer of Jurisdiction, signed by Judge Sanchez.

Respectfully Submitted:

Robert L. Capers                                     Prepared by: _Joshua Mack_ <sub>Digitally signed by Joshua Mack Date: 2025.04.28 11:01:54 -04'00'</sub>
Chief U.S. Probation Officer                                     Joshua Mack
                                                                 Senior U.S. Probation Officer